# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REMAND

## NO. 03-05-00034-CV

**Thomas O. Bennett, Jr. and James B. Bonham Corporation, Appellants**

**v.**

**Randy Reynolds, Appellee**

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
### NO. 8027, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING

## S U P P L E M E N T A L  O P I N I O N

As suggested in our opinion on remand issued November 18, 2010, Reynolds has filed a remittitur of $240,000 as to Bennett and $990,000 as to Bonham Corporation with the clerk of the district court. Accordingly, we reform the exemplary damages portion of the district court's judgment to award Reynolds $10,000 from Bennett and $10,000 from Bonham Corporation. We affirm the district court's judgment as reformed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Henson;
    Justice Patterson not participating

Reformed and, as Reformed, Affirmed

Filed:   January 19, 2011